AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED
AUG 13 2013
David J. Bradley, Clerk

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Luis Alonzo Yanez

A072 864 442

AKA:  Luis A Yanez
Luis Alonzo Yanes
IAE    YOB:    1977
El Salvador

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-13-1469-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____August 11, 2013_____ in ____Hidalgo____ County, in the ____Southern____ District of ____Texas____

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ____1326____ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Luis Alonzo Yanez was encountered by Border Patrol Agents near Mission, Texas, on August 11, 2013. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 10, 2013, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, for the second (2nd) time on October 12, 2009, through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 21, 2001, the defendant was convicted of Assault with Firearm on Person and was sentenced to sixty-four (64) months confinement.

Continued on the attached sheet and made a part of this complaint:      ☐ Yes   ☒ No

approved by
AUSA KudjR

Sworn to before me and subscribed in my presence,

Signature of Complainant

August 13, 2013

Jose Pena            Senior Patrol Agent

Peter E. Ormsby              , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer